IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00128-CV

 

Ace American Insurance Company,

                                                                                    Appellant

 v.

 

John R. Sprouse,

                                                                                    Appellee

 

 



From the 361st District Court

Brazos County, Texas

Trial Court No. 04-003187-CV-361

 



MEMORANDUM  Opinion










 

            Ace American Insurance Company
appealed a judgment rendered against it.  After successful mediation, Ace
American and Appellee, Sprouse, now file a joint motion to dismiss the appeal
stating the parties have reached an agreement to settle and compromise their
differences.  

            The appeal is reinstated and dismissed
according to the parties’ agreement.  Tex.
R. App. P. 42.1.  As agreed by the parties, costs on appeal are taxed to
the party incurring same.

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed August 22, 2007

[CV06]






ofANBCBandDBChildrenpcvab_files/image003.gif"
 v:shapes="_x0000_s1026">
 


 

 



No. 10-04-00158-CV

 

In the Interest of A.N.B., C.B. and D.B.,

Children

 

 



From the County
Court at Law No. 2

Johnson County, Texas

Trial Court #
D200200288

 

 



MEMORANDUM 
Opinion



 

Appellant failed to serve a copy of the notice of appeal on
Appellees.  The Clerk of this Court
notified Appellant that the appeal may be dismissed for failure to comply with
the requirements of the Rules of Appellate Procedure if the notice of appeal
was not served on Appellees and proof of service filed with the Court within 10
days.  See Tex. R. App. P. 42.3(a).  Appellant has failed to comply.  Accordingly, the appeal is dismissed.

PER CURIAM

 

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Appeal dismissed

Opinion delivered and filed September 1, 2004

[CV06]